## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ELROY B. KITZLER,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No.  8:04-cv-87-T-30MAP

**SAFECO PROPERTY & CASUALTY
INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendant's Second Motion in Limine (Dkt. #28) and Plaintiff's response thereto (Dkt. #30).  Defendant argues that Plaintiff should be precluded from introducing at trial testimony or other evidence from representatives of Geohazards, Inc.  Plaintiff seeks to use two individuals from Geohazards, Inc. as expert witnesses in his case.

    Because Plaintiff failed to comply with Fed. R. Civ. P. 26(a)(2)(B) with respect to these expert witnesses by, *inter alia*, not providing Defendant with summary reports of their opinions, Defendant's Motion should be GRANTED.

    It is therefore ORDERED AND ADJUDGED that Defendant's Second Motion In Limine (Dkt. #28) is **GRANTED**.

    **DONE** and **ORDERED** in Tampa, Florida on June 6, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-87 Motion In Limine Experts.wpd